UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-50127 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| WILLIAM VLIETSTRA, | |
| Defendant. | |

The undersigned defendant stipulates that the following facts are true and the parties agree they establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

Between January 2023, and May 2023, Homeland Security Investigations (HSI) Special Agent (SA) Shelly Aradanas, received the linked CyberTips (CT) 19398717, 125503636, 130883097, 132453059, 138108422, 141576625, 144849683, 152476429, 153739216, 145528460, 162347764, and 162452161 from the National Center for Missing and Exploited Children (NCMEC). The CT's are all linked by the phone number 605-787-3999 and submitted by the same Electronic Service Provider (ESP) Synchronoss Technologies, Inc. (Verizon) regarding possession, manufacture, and distribution of child pornography (CP).

NCMEC received CT 130883097 on August 14, 2022. There was 1 file uploaded and viewed by the ESP on August 14, 2022, at 21:00:02 UTC. SA Aradanas categorized the image as child pornography. It was an image of 2 juvenile girls laying facing up in tandem in a hammock. The girl on the bottom

of the hammock has her face in the vagina of the other girl while laying with her legs spread exposing her vagina.

NCMEC received CT 132453059 on August 21, 2022. There was 1 file uploaded and viewed by the ESP on August 21, 2022, at 21:00:05 UTC. SA Aradanas categorized the image as child pornography, and she noted it was the same image from the prior CT 130883097.

NCMEC received CT 138108422 on November 2, 2022. There were 4 files uploaded and viewed by the ESP on November 2, 2022, at 21:00:03 UTC. SA Aradanas categorized 2 images as CP, 1 as age difficult, and 1 as child erotica. The CP image was of a girl approximately 12 - 14 years old naked laying back on a brown couch with her legs spread exposing her vagina and the other was an image of a girl approximately 10-12 years old standing in a room with her shirt pulled up exposing her breast, and her pants pulled down exposing her labia.

NCMEC received CT 141576625 on December 14, 2022. There was 1 file uploaded and viewed by the ESP on December 14, 2022, at 21:00:02 UTC. SA Aradanas categorized the image as child pornography. The image was of a juvenile girl holding what appears to be a penis in her hands with the tip of it in her mouth.

NCMEC received CT 144849683 on December 30, 2022. There were 2 files uploaded and viewed by the ESP on December 30, 2022, at 00:39:02 UTC. SA Aradanas categorized 1 image as child pornography, and the other as age difficult. The child pornography was an image of the same girl from CT

145528460 now laying on her side with her legs together exposing her labia from behind.

NCMEC received CT 145528460 on December 30, 2022. There were 4 files uploaded and viewed by the ESP on December 30, 2022, at 21:00:04 UTC. SA Aradanas categorized 2 images as child pornography, 1 as age difficult, and 1 as child erotica. These were the same 4 images from CT 138108422.

NCMEC received CT 152476429 on January 12, 2023. There was 1 file uploaded and viewed by the ESP on January 12, 2023, at 21:00:02 UTC. SA Aradanas categorized the image as child pornography. She noted this is the same image from CT 141576625.

NCMEC received CT 153739216 on January 25, 2023. There was 1 file uploaded and viewed by the ESP on January 25, 2023, at 21:19:11 UTC, SA Aradanas categorized the video as child pornography. It was a 1:05 long video of a girl approximately 10-12 years old groping her breast, then sitting on the floor of the bathroom exposing her vagina and manipulating her clitoris.

NCMEC received CT 162347764 on May 17, 2023. There were 2 files uploaded and viewed by the ESP on May 17, 2023, at 21:00:05 UTC. SA Aradanas categorized the images as child pornography. She noted the 2 images are of the same juvenile girl. The image was of a juvenile girl standing facing away from the camera naked from the waist down with her leg up on something exposing her vagina and anus, while pulling up her shirt exposing her breast and an image of a juvenile girl naked from the waist down bent forward facing away from the camera exposing her vagina and anus.

3

NCMEC received CT 162452161 on May 19, 2023. There was 1 file uploaded and viewed by the ESP on May 19, 2023, at 21:12:09 UTC. SA Aradanas categorized the video as child pornography. It was a 42-second-long video of a girl approximately 10-12 years old facing away from the camera on all 4 inserting a toothbrush into her anus.

In summary of the 12 CT'S associated to phone number 605-787-3999 there were 18 images and 2 videos. SA Aradanas categorized them as 13 child pornography (including the 2 videos), 5 as age difficult, and 2 as child erotica.

Law enforcement records for the phone number 605-787-3999 were conducted and identified the user as William Vlietstra who lived in Rapid City and worked at Black Hills Reptile Gardens.

ICAC Investigator Jesse Fagerland of the South Dakota Internet Crimes Against Children (ICAC) Task Force previously investigated William Vlietstra (July 2022 – October 2022) and the Synchronoss account associated to phone number 605-787-3999. During the investigation Investigator Fagerland obtained a state search warrant for the Synchronoss account and completed a review of the images contained in it. The warrant return contained a total of 10,884 images, Investigator Fagerland categorized 8 as CP, 10 as age difficult, 11 as child erotica, and 178 as computer generated images of child sex abuse. SA Aradanas reviewed the return from Synchronoss also observing the categorized imagery noted by Investigator Fagerland and noting at least 2 images depicting William Vlietstra and an unknown female.

4

On May 31, 2023, Verizon responded to a Summons (HSI-YC-2023-105458) for subscriber information regarding phone number 605-787-3999. In part the response included the following information:

Account activation:    7/19/2013
Name:                  Kristi Vlietstra (William Vlietstra's mother)
Device ID:             89148000004712560914
Effective Date:        5/10/2019
IMEI:                  357827194304478
IMSI:                  311480468778422
Eqp Name:              LG Wing (Model # LM-F100)

SA Aradanas sought and obtained a search warrant for Vliestra's home and agents seized multiple electronic devices. SA Aradanas reviewed the content of the extraction and located 191 images of child pornography and 874 images of computer-generated child pornography. All images were received via the internet and all of VLIESTRA'S devices were manufactured outside of South Dakota.

ALISON J. RAMSDELL
United States Attorney


7-15-2024
Date

SARAH B. COLLINS   *Megan Poppen*
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
E-Mail: Sarah.B.Collins@usdoj.gov


5/16/24
Date

WILLIAM VLIETSTRA
Defendant


5-16-24
Date

THOMAS M. DIGGINS
Attorney for Defendant

5